SEYFARTH SHAW LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
Shardé T. Skahan (SBN 286157)
sskahan@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Bernard D. Olshansky (SBN 336251)
bolshansky@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendants
OPTUM SERVICES, INC., OPTUM360 SERVICES, INC. and UNITED HEALTHCARE SERVICES, INC.

[Attorneys for Plaintiff on Following Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WADE PASQUALE, an individual,

Plaintiff,

vs.

OPTUM SERVICES, INC., a Delaware corporation; OPTUM360 SERVICES, INC., a Delaware corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:26-cv-0881-JDP

**STIPULATION REGARDING DISCOVERY, MODIFICATION OF SCHEDULING ORDER**

Complaint Filed: December 23, 2025
Trial Date: November 8, 2027



329490179v.2

MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
RAYMOND WENDELL (SBN 298333)
rwendell@maternlawgroup.com
MATERN LAW GROUP, PC
2101 E. El Segundo Boulevard, Suite 403
El Segundo, California 90245
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff
WADE PASQUALE

Plaintiff Wade Pasquale ("Plaintiff") and Defendants Optum Services, Inc., Optum360 Services, Inc., United HealthCare Services, Inc., and United Healthcare Services, Inc. ("Defendants") (together, the "Parties") hereby submit the following stipulation and request that the Court continue the discovery and associated deadlines as set in this matter, as follows:

**WHEREAS**, on December 23, 2025, Plaintiff filed his Complaint in the Superior Court of the State of California, County of Sacramento, Case No. 25CV031107;

**WHEREAS**, on March 13, 2026, Defendants timely removed the case to this Court;

**WHEREAS**, on May 14, 2026, the Court entered the operative Initial Pretrial Scheduling Order, setting the dates and deadlines listed in full below, but notably setting the discovery cutoff of March 11, 2027 and trial for November 8, 2027 (ECF No. 12);

**WHEREAS**, the Parties have been engaging diligently in discovery—both sides have served and responded to written discovery, including document requests, and have discussed a schedule for depositions;

**WHEREAS**, after a lengthy meet-and-confer process, the Parties scheduled a mediation with a mutually agreeable mediator for November 23, 2026, which would allow the Parties ample time to continue and complete discovery in advance of the March 11, 2027 discovery cutoff;

**WHEREAS**, on October 16, 2026, the mediator informed the Parties that a medical diagnosis and necessary treatment plan required the mediator to cancel the mediation date of November 23, 2026 and reschedule the mediation;

**WHEREAS**, based on availability of the mediator and the Parties (including clients), the only mutually agreeable dates to reschedule mediation are in February 2027, some only weeks away from the discovery cutoff, and some after the February 18, 2027 deadline to file motions to compel discovery (*see* ECF No. 12);

**NOW, THEREFORE**, to maximize the efficient use of the Parties' and Court's time and resources, and to allow the Parties to meaningfully explore the possibility of

resolution of this matter before a mediator of their choosing without prejudicing their ability to complete discovery if such efforts are unsuccessful, the Parties respectfully request that the Court **vacate** all current deadlines listed in the table below (column 2) and **continue** each deadline by approximately 90 days to the date in the table below (column 3) or another date convenient to the Court:

| **Date or Deadline** | **Current Deadline** | **Proposed 90-Day Extended Deadline** |
| --- | --- | --- |
| **December 31, 2026** | Initial expert disclosures and accompanying Rule 26(a)(2) reports due | **March 31, 2027** |
| **January 21, 2027** | Rebuttal expert disclosures due | **April 21, 2027** |
| **February 18, 2027** | Last date for motions to compel discovery to be heard | **May 19, 2027** |
| **March 11, 2027** | Discovery completion deadline, including depositions, resolution of discovery disputes, and compliance with discovery orders | **June 9, 2027** |
| **May 13, 2027** | Deadline for all dispositive motions to be completed and fully heard | **August 11, 2027** |
| **14 days after a motion is filed** | Opposition or statement of non-opposition to a properly noticed motion due | **[SAME]** |
| **10 days after the opposition is filed** | Reply in support of a motion due | **[SAME]** |
| **July 29, 2027** | Joint pretrial statement due, i.e., at least 14 days before the August 12, 2027 conference | **October 27, 2027** |
| **August 12, 2027, at 10:00 a.m.** | Final pretrial conference | **November 10, 2027** |

| | | |
|---|---|---|
| **November 8, 2027, at 9:00 a.m.** | Jury trial begins | **February 7, 2028 (or as soon thereafter as the Court's schedule permits)** |

DATED: November 2, 2026

SEYFARTH SHAW LLP

By: _/s/ Bernard D. Olshansky_
JONATHAN L. BROPHY
SHARDÉ T. SKAHAN
BERNARD D. OLSHANSKY
Attorneys for Defendants
OPTUM SERVICES, INC., OPTUM360 SERVICES, INC. and UNITED HEALTHCARE SERVICES, INC.

DATED: November 2, 2026

MATERN LAW GROUP, PC

By: _/s/ Raymond Wendell (as authorized on November 2, 2026)_
MATTHEW J. MATERN
MATTHEW W. GORDON
RAYMOND WENDELL
Attorneys for Plaintiff
WADE PASQUALE

IT IS SO ORDERED.

Dated: November 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE



329490179v.2